■ In the Matter of GEORGE LAAKSO, Petitioner, v BOARD OF EDUCATION OF THE HEWLETT-WOODMERE UNION FREE SCHOOL DISTRICT et al., Respondents.—Proceeding pursuant to CPLR article 78 to review a determination of the respondent Board of Education of the Hewlett-Woodmere Union Free School District, which, after a hearing, found the petitioner guilty of certain charges of misconduct and imposed a penalty.

Adjudged that the determination is confirmed and the proceeding is dismissed on the merits, with costs.

We find substantial evidence to support the factual determinations of the Hearing Officer *(see,* CPLR 7803 [4]; *Matter of Silberfarb v Board of Coop. Educ. Servs.,* 60 NY2d 979; *300 Gramatan Ave. Assocs. v State Div. of Human Rights,* 45 NY2d 176), and no basis on the record to interfere with the penalty imposed *(see, Matter of Pell v Board of Educ.,* 34 NY2d 222). Kunzeman, J. P., Rubin, Spatt and Balletta, JJ., concur.